UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Ronald G. Shaw,

       Plaintiff,                                    Case No. 06-14260

v.                                                       Hon. Nancy G. Edmunds

Teamsters Local 337,

       Defendant.
_____/

## ORDER ACCEPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

This matter has come before the Court on the Magistrate Judge's Report and Recommendation. Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and any objections thereto, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. It is further ordered that Defendant's motion to dismiss is hereby DENIED as moot, Defendant's motion for summary judgment is hereby GRANTED, and the case is hereby DISMISSED.

       SO ORDERED.

                                                       s/Nancy G. Edmunds
                                                       Nancy G. Edmunds
                                                      United States District Judge

Dated: February 6, 2008

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 6, 2008, by electronic and/or ordinary mail.

                                                         s/Carol A. Hemeyer
                                                      Case Manager